UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:22-00374 |
| ) | |
| [1] JASON PERRY ) | 26 U.S.C. § 5841 |
| ) | 26 U.S.C. § 5861(d) |
| ) | 26 U.S.C. § 5871 |

## ORDER TO SEAL INDICTMENT

This matter comes before the Court on the United States' Motion to Seal the Indictment returned by the Grand Jury for the Middle District of Tennessee. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties; and (b) an unredacted copy may be provided to all defense counsel involved in the case after all Defendants are arrested.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve them only on counsel for the United States.

It is so ORDERED this 28th day of November, 2022

_____
United States District Court