

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:22-00374 |
| v. | ) | |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5861(d) |
| JASON PERRY | ) | 26 U.S.C. § 5871 |

# I N D I C T M E N T

THE GRAND JURY CHARGES:

On or about July 12, 2022, in the Middle District of Tennessee, **JASON PERRY** did knowingly possess firearm silencers that were not registered to him in the National Firearms Registration and Transfer Record, to wit: fourteen silencers with no serial number.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL

FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

JOSEPH P. MONTMINY
ASSISTANT UNITED STATES ATTORNEY